**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARD ACTIVATION TECHNOLOGIES, INC., | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| 7-ELEVEN, INC.; GIORGIO ARMANI CORPORATION; CACHE INC.; DENNY'S CORPORATION; RADIOSHACK CORPORATION; SUNGLASS HUT TRADING, LLC; and BROWN GROUP RETAIL, INC. d/b/a FAMOUS FOOTWEAR, | § § § § § § § § § § | Case No. 1:10-cv-04984 Honorable John W. Darrah **JURY TRIAL DEMANDED** |
| *Defendants*. | § § § § § | |

**JOINDER BY BROWN GROUP RETAIL, INC d/b/a FAMOUS FOOTWEAR
IN DEFENDANTS' CACHE, INC AND DENNY'S CORPORATION MOTION TO STAY**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Brown Group Retail, Inc. d/b/a Famous Footwear ("Brown") hereby joins in seeking the relief sought by Defendants Cache, Inc. ("Cache") and Denny's Corporation ("Denny's") in their Motion to Stay filed with the Court by on November 24, 2010. (Dkt. No. 32.) In the interest of brevity, Brown hereby adopts the brief filed by Cache and Denny's and the arguments contained therein in full, except that Brown does not agree to be bound by any non-appealable judgment of the Delaware court as to the validity of U.S. Patent No. 6,032,859.

Date:  November 24, 2010        Respectfully submitted,

/s/ *Charles A. Laff*
Charles A. Laff
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, Illinois 60601
Tel: (312) 661-2140
Fax: (312) 222-0818
Email: CALaff@michaelbest.com

*Attorney for Defendant Brown Group Retail*
*d/b/a Famous Footwear*

<u>**CERTIFICATE OF SERVICE**</u>

       I, Charles A. Laff, an attorney of record in this matter, hereby certify that on November 24, 2010, I caused to be served true copies of the foregoing document upon counsel of record, who are deemed to have consented to electronic service, by filing such document through the Court's CM/ECF system.

                                   /s/ *Charles A. Laff*
                                   Charles A. Laff