**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CARD ACTIVATION TECHNOLOGIES, INC., | § § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| 7-ELEVEN, INC.; GIORGIO ARMANI CORPORATION; CACHE INC.; DENNY'S CORPORATION; RADIOSHACK CORPORATION; SUNGLASS HUT TRADING, LLC; and BROWN GROUP RETAIL, INC. d/b/a FAMOUS FOOTWEAR, | § § § § § § § § § | Case No. 1:10-cv-04984 Honorable John W. Darrah  JURY TRIAL DEMANDED |
| *Defendants*. | § § § § | |

**JOINDER BY RADIOSHACK CORPORATION
IN DEFENDANTS' CACHE, INC AND DENNY'S CORPORATION MOTION TO STAY**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Defendant RadioShack Corporation ("RadioShack") hereby joins in seeking the relief sought by Defendants Cache, Inc. ("Cache") and Denny's Corporation ("Denny's") in their Motion to Stay filed with the Court on November 24, 2010. (Dkt. No. 32.)

The arguments advanced by Cache and Denny's in their Motion to Stay apply with equal force to RadioShack. Specifically, as with Cache and Denny's, Stored Value Solutions, Inc. ("SVS") is the exclusive provider of RadioShack's gift cards and SVS is the exclusive provider

of processing for RadioShack's gift cards.[1] SVS manufactures these gift cards, which are subsequently sold by RadioShack to consumers in their stores.

In the interest of brevity, RadioShack hereby adopts the brief filed by Cache and Denny's and the arguments contained therein in full, except that RadioShack does not agree to be bound by any non-appealable judgment of the Delaware court as to the validity of U.S. Patent No. 6,032,859.

Date: November 24, 2010 Respectfully submitted,

/s/ *Charles A. Laff*
Charles A. Laff
MICHAEL BEST & FRIEDRICH LLP
Two Prudential Plaza
180 North Stetson Avenue
Suite 2000
Chicago, Illinois 60601
Tel: (312) 661-2140
Fax: (312) 222-0818
Email: CALaff@michaelbest.com

*Attorneys for Defendant RadioShack Corporation*

---

[1] *See* Declaration of Obara Wade, which will be filed in support of RadioShack's Joinder in Defendant's Cache and Denny's Motion to Stay.

## **CERTIFICATE OF SERVICE**

I, Charles A. Laff, an attorney of record in this matter, hereby certify that on November 24, 2010, I caused to be served true copies of the foregoing document upon counsel of record, who are deemed to have consented to electronic service, by filing such document through the Court's CM/ECF system.

/s/ *Charles A. Laff*
Charles A. Laff