**IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CARD ACTIVATION TECHNOLOGIES, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> 7-ELEVEN. INC.; GIORGIO ARMANI ) <br> CORPORATION; CACHE INC.; DENNY'S ) <br> COPORATION ; RADIOSHACK ) <br> CORPORATION; SUNGLASS HUT TRADING, ) <br> LLC; and BROWN GROUP RETAIL, INC. d/b/a ) <br> FAMOUS FOOTWEAR, ) <br> ) <br> Defendants. ) | Case No. 10-cv-4984 <br><br> Judge: John W. Darrah <br><br> JURY DEMANDED |

**STIPULATION OF DISMISSAL WITH PREJUDICE OF ACTION AGAINST 7-ELEVEN, INC., AND JOINT REQUEST FOR ENTRY OF ORDER OF DISMISSAL**

Plaintiff Card Activation Technologies, Inc., and Defendant, 7-Eleven, Inc., pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate to the dismissal with prejudice of the subject action against Defendant, 7-Eleven, Inc., only. Plaintiff and Defendant, 7-Eleven, Inc., to bear their own costs and attorneys fees. A proposed order of dismissal with prejudice is submitted concurrently herewith. The parties jointly request that it be entered by the Court.

Dated: January 11, 2011     Respectfully submitted,

  s/ Mark D. Roth                                  s/ Avelyn M. Ross
Keith H. Orum                                    Avelyn M. Ross
Mark D. Roth                                      Vinson & Elkins, LLP
Orum & Roth, LLC                              2801 Via Fortune, Suite 1000
53 W. Jackson Boulevard, Suite 620    Austin, TX 78746-1568
Chicago, IL 60604-3704                       Telephone (512) 542-8411
Telephone: (312) 922-6262                  Fax: (512)236-3218
Facsimile: (312) 922-7747

|  |  |
|---|---|
| | /s/ R. Floyd Walker |
| | R. Floyd Walker |
| | Vinson & Elkins, LLP |
| | 2801 Via Fortune, Suite 1000 |
| | Austin, TX 78746-7568 |
| | Telephone:(512)542-8411 |
| | Fax: (512)236-3218 |
| Attorneys for Plaintiff | Attorneys for Defendants |

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2011, a copy of the foregoing **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE** was filed electronically using the CM/ECF System, which will provide electronic notice to the following attorneys of record for the parties:

    s/ Mark D. Roth
Mark D. Roth